### HARRISON v. GUNN & COMPANY.

FISH, C. J. 1. Grounds of a motion for a new trial not referred to in the brief of counsel for plaintiff in error are considered as abandoned.
2. The evidence, while conflicting, was sufficient to support the verdict, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted June 19,—Decided December 24, 1909.

Trover. Before Judge Felton. Crawford superior court. January 9, 1909.

*L. D. Moore,* for plaintiff in error. *Glawson & Fowler,* contra.